AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARCUS MOORE,

        Petitioner,

v.

WARDEN GREGORY SAMPSON,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 124-097

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered January 3, 2025, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation, grants Respondent's motion to dismiss and dismisses this petition, brought pursuant to 28 U.S.C. § 2254, as untimely.  The Court denies a Certificate of Appealability, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.

1/3/2025  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*



(By) Deputy Clerk

GAS Rev 10/2020