AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARCUS MOORE,

          Petitioner,           AMENDED JUDGMENT IN A CIVIL CASE

                               CASE NUMBER: CV 124-097

          V.

WARDEN GREGORY SAMPSON,

          Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered January 3, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion, finding in favor of the Respondent, and granting Respondent's Motion to Dismiss. The Court denies a Certificate of Appealability, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.

1/3/2025                                John E. Triplett, Clerk of Court
*Date*                                                         *Clerk*

                                                                              *(By) Deputy Clerk*

GAS Rev 10/2020